

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

March 20, 2017

**BY EMAIL**

The Honorable Lisa M. Smith
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States* v. *Chukwuemeka Okparaeke*, 17 Mag. 1972

Dear Judge Smith:

    The Government respectfully requests that the complaint and arrest warrant in the above-referenced case be unsealed.

                               Respectfully submitted,

                               JOON H. KIM
                             Acting United States Attorney

                    By:    /s/ Gillian Grossman
                          Gillian Grossman
                          Assistant United States Attorney
                          (914) 993-1959

SO ORDERED:
                      Hon. Lisa Margaret Smith
                             U.S.M.J.