

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 4, 2017

**BY EMAIL AND HAND DELIVERY**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   *United States* v. *Chukwuemeka Okparaeke, a/k/a "Emeka"*
            17 Mag. 1972

Dear Judge Karas:

      On April 4, 2017, the Government filed a letter-motion for review of an order granting bail to defendant Chukwuemeka Okparaeke, a/k/a "Emeka." On the same day, the defendant filed a letter stating that a hearing on the Government's appeal is unnecessary because the defendant is unable to meet the bail conditions set by the Magistrate Judge.

      The Government respectfully requests that the Court adjudicate the Government's appeal on the merits. The Government's position is that the defendant must be detained because he is both an extreme risk of flight and a serious danger to the community. The defendant's current inability to meet his bail conditions does not alleviate these concerns. The defendant may well become able to meet the conditions in the future and renew his bail application based on the Magistrate Judge's ruling, without setting forth any new facts or evidence. For this reason, the Government respectfully requests that the Court hear the Government's appeal and make a *de novo* determination as to whether bail is appropriate.

*The appeal is now moot, as Defendant consents to detention, without prejudice.*

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By: /s/ Olga Zverovich
    Olga I. Zverovich
    Gillian Grossman
    Assistant United States Attorneys
    914-993-1927/1959

*So ordered.*
4/5/17

Cc: Susanne Brody, Esq., Counsel for Defendant