# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

April 4, 2017

**MEMO ENDORSED**

BY HAND DELIVERY AND MAIL
The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Chukwuemeka Okparaeke**
17 Mag. 1972 (LMS)

Dear Judge Karas:

This letter is written on behalf of Mr. Okparaeke who wishes to inform the Court that he is consenting to detention without prejudice at this time. He was arrested on March 20, 2017, and presented on a Complaint charging violations of Title 21§ 841(b)(1)(A). The Complaint alleges that Mr. Okparaeke was involved in the importation and sale of a fentanyl analogue. As was his right, he requested a bail hearing. The bail hearing was held on March 31, 2017. The government argued he was both a danger to the community and a risk of flight. However, through efficacious advocacy, Magistrate Judge Smith did set bail. Upon the conclusion of the hearing the government was informed that it may be a problem satisfying the monetary conditions of bail and suggested they withhold the filing of an appeal. At 1:45 p.m. today I was informed by the defendant's father that they have decided they "will not be bailing him out." Therefore, a hearing on the government's appeal of the bail markings is not necessary as Mr. Okparaeke no longer has any bond signors. As a result of his father's recent phone call Mr. Okparaeke will not be able to meet the bail conditions and will not be released.

Respectfully Submitted,

Susanne Brody

cc: The Honorable Magistrate-Judge Lisa Margaret Smith
    Perry A. Carbone, Co-Chief A.U.S.A.
    Olga I. Zerovich, A.U.S.A.
    Gillian Grossmsn, A.U.S.A.
    Mr. Okparaeke

*[Handwritten endorsement:]* The Court construes this letter to mean that Mr. Okparaeke does not have a viable bail package to present and therefore consents to detention without prejudice to seek bail based on a different package. Accordingly, Mr. Okparaeke is remanded. So Ordered.

*[Signed]* KMK 4/5/17

U.S. ATTORNEY
FOR THE S.D.N.Y.
APR 04 2017