UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

CHUKWUEMEKA OKPARAEKA,

Defendant.

-------------------------------------------------------------X

DEFENDANT'S AFFIDAVIT

17-CR-225 (NSR)

State of New York        )
                         :  ss:
County of Kings          )

**CHUKWUEMEKA OKPARAEKA**, being duly sworn, deposes and says:

1. I am the defendant in the above-captioned case.

2. I make this affidavit in support of my motion to suppress: (1) statements made by me to agents while I was unlawfully arrested without probable cause; (2) electronic evidence seized from my Galaxy S5 cellular telephone; (3) GPS location data, both historical and real-time seized from my Galaxy S5 cellular phone; (4) 43 packages detained by the USPIS for four months prior to the issuance of a search warrant; and (5) physical evidence seized from my apartments and motor vehicle.

3. I have standing to challenge: (1) my warrantless arrest that was made without probable cause; (2) the seizure and search of my Galaxy S5 cellular phone; (3) the seizure and search of my historical and real-time GPS location data from my Galaxy S5 cellular phone; (4) 43 packages detained by the USPIS for four months prior to the issuance of a search warrant; and (5) physical evidence seized from my apartments and motor vehicle.

4. On February 1, 2017, Agent Ruggieri and other agents arrested me outside of the Middletown Post Office. They handcuffed me and seized my Galaxy S5 cellular phone, wallet and car keys. I did not believe that I was free to leave and believed that I was under arrest.

5. I believe that my fourth amendment right against unreasonable search and seizure was violated when the 43 packages were seized and detained for four months without probable cause.

**WHEREFORE,** I respectfully move this Court to suppress all the statements that I made during and after my unlawful arrest on February 1, 2017, and to suppress all evidence derived from subsequent searches and seizures conducted as a result of the Government's unlawful conduct, and for the Court to grant such other and further relief as the Court deems just and proper.

_____
**CHUKWUEMEKA OKPARAEKA**

Sworn to before me this
26 day of December, 2017

_____
NOTARY PUBLIC