**DEPARTMENT OF HOMELAND SECURITY**
U.S. CUSTOMS AND BORDER PROTECTION
LABORATORIES AND SCIENTIFIC SERVICES DIRECTORATE

New York Laboratory, 1100 Raymond Blvd., Newark, NJ 07102

973-368-1900; 973-368-1905 (Fax)

AMENDED

# LABORATORY REPORT

| | | | |
|---|---|---|---|
| **Lab Report #:** | NY20170346A | **ID #:** | 6051#7372585, 7372913, 1630605 |
| | | | CASE#LL13JE17LL0001 |
| **Submitted by:** | Kevin Laird | | |
| **Received:** | 03/20/2017 | **Reported:** | 09/14/2017 |
| **Sample Description:** | Unknown Powders and Liquids | | |
| **Sample Components:** | Samples in evidence bags # L2151135, X0241205, L2058723, X0440929, A4229852 | | |
| **Information Requested:** | Analysis for possible controlled substances | | |
| **Supplement Info:** | FP&F # 2017470110500801 | | |

**Narrative:**

```
This is an amended report to correct formatting and typographical errors.

Case #: LL13JE17LL0001
Chain of Custody #: 7372585, 7372913, 1630605
Evidence Bag #: L2208051, L2151135, L2058723, X04409029, A4229852, X0241205
Sample Description: See summary sheet.

Weighing: See summary sheet.

Subsampling Performed:
For samples greater than 50 grams: Using the core technique, five portions
were sampled from various locations in the substance to form a composite. The
particle size was reduced and the sample was mixed thoroughly. Test portions
of the composite were used in the analysis.
For samples less than 50 grams: The samples were homogenized and a test
portion from each was used in separate analyses.

Results:
Based upon laboratory analysis, the samples corresponding to line item 1 from
6051# 7372585, line item 01 from 6051# 7372913, and SF02, SF05, SF06, SF08,
SF09, SF10-1, SF10-2, SF12-1, SF12-3, SF13-1, SF13-3, and SF13-5-1 from 6051#
1630605 contain 4-ANPP, which is a controlled substance under 21 CFR Part 1308
(2017).

Based upon laboratory analysis, the samples Line Item 1 from 6051# 7372585,
Line Item 01 from 6051# 7372913, and SF02, SF05, SF06, SF08, SF09, SF12-1,
SF12-3, SF13-1, SF13-2-1, SF13-2-2, SF13-2-3, SF13-2-4, SF13-3, and SF13-5-1
from 6051# 1630605 contain acrylfentanyl. At the time of completion of
analysis, acrylfentanyl was not scheduled as a controlled substance under 21
C.F.R. Part 1308. However, in July of 2017, acrylfentanyl became a controlled
substance under 21 C.F.R. Part 1308 (2017).
```

This U.S. Customs and Border Protection laboratory report and any attached files or information are provided "For Official Use Only". Results contained in this laboratory report relate only to the items tested. The Laboratory report may contain information that may be exempt from public release, under the Freedom of Information Act (5 U.S.C. 552) (FOIA) and/or the Privacy Act (5 U.S.C. 552a), or may be "Law Enforcement Sensitive". The information provided should not be employed for any other use that is not consistent with a use for which it has been provided and shall not be reproduced, except in full. All FOIA or any other requests for information pertaining to this laboratory report must be directed to the originator, U.S. Customs and Border Protection, Laboratories and Scientific Services Directorate for review and subsequent release.

AMENDED
# LABORATORY REPORT

**Lab Report #:** NY20170346A  **ID #:** 6051#7372585, 7372913, 1630605
CASE#LL13JE17LL0001

Based upon laboratory analysis, the samples corresponding to SF01 and SF07-3 from 6051# 1630605 contain no detectable controlled substances under 21 CFR Part 1308 (2017).

Based upon laboratory analysis, the sample corresponding to SF03, SF04, SF07-1, SF11-1, SF11-2, SF12-2, SF12-4, SF12-5, SF13-4-1, SF13-4-2, and SF13-5-2 from 6051# 1630605 contain U-47700, which is a controlled substance under 21 CFR Part 1308 (2017).

Based upon laboratory analysis, the sample corresponding to SF07-2 from 6051# 1630605 contains diclazepam, which is not a controlled substance under 21 CFR Part 1308 (2017).

Based upon laboratory analysis, the samples corresponding to SF12-4 and SF12-5 from 6051# 1630605 contain furanylfentanyl, which is a controlled substance under 21 CFR Part 1308 (2017).

Methods:
1. FO-04 - FTIR Spectroscopy
2. FO-16 - GC-MS
3. USP 1120, ASTM E1683 - Raman Spectroscopy
4. LSSD-285 - Subsampling Plan for Analysis of Suspected Controlled Substances
5. LSSD Controlled Substances Analysis Manual (CSAM)
6. USP 1251 - Weighing on an Analytical Balance

Note: The original report can be referenced in attachment #9.

**Analyst**

Kathryn Adams

**Approved By**

Jason R. Bory,
Assistant Laboratory Director

This U.S. Customs and Border Protection laboratory report and any attached files or information are provided "For Official Use Only". Results contained in this laboratory report relate only to the items tested. The Laboratory report may contain information that may be exempt from public release, under the Freedom of Information Act (5 U.S.C. 552) (FOIA) and/or the Privacy Act (5 U.S.C. 552a), or may be "Law Enforcement Sensitive". The information provided should not be employed for any other use that is not consistent with a use for which it has been provided and shall not be reproduced, except in full. All FOIA or any other requests for information pertaining to this laboratory report must be directed to the originator, U.S. Customs and Border Protection, Laboratories and Scientific Services Directorate for review and subsequent release.