UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :    **SUPERSEDING**
                                  :    **INDICTMENT**
      - v. -                      :
                                  :    S1 17 Cr. 225 (NSR)
CHUKWUEMEKA OKPARAEKE,            :
    a/k/a "Emeka,"                :
                                  :
                      Defendant.  :
                                  :
- - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1.  From at least in or about October 2016, up to and including in or about March 2017, in the Southern District of New York and elsewhere, CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

3.  The controlled substances that CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, conspired to distribute and

possess with intent to distribute were (1) 100 grams and more of mixtures and substances containing a detectable amount of acrylfentanyl, a controlled substance analogue, as defined in 21 U.S.C. § 802(32), that was intended for human consumption and is treated as a controlled substance in Schedule I of the Controlled Substances Act, and that is an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide ("fentanyl"), in violation of 21 U.S.C. §§ 813 and 841(b)(1)(A); (2) 100 grams and more of mixtures and substances containing a detectable amount of furanyl fentanyl, an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide ("fentanyl"), in violation of 21 U.S.C. § 841(b)(1)(A); (3) mixtures and substances containing a detectable amount of 3,4-dichloro-N-[2-(dimethylamino)cyclohexyl]-N-methylbenzamide, in a form commonly known as "U-47700," a Schedule I controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C); and (4) mixtures and substances containing a detectable amount of 4-anilino-N-phenethyl-4-piperidine (ANPP), in a form commonly known as "4-ANPP," a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(C).

(Title 21, United States Code, Sections 813, 841(a)(1), 841(b)(1)(A), 841(b)(1)(C), 846.)

## COUNT TWO

The Grand Jury further charges:

4. From in or about January 2017 up to and including in or about February 2017, in the Southern District of New York and elsewhere, CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, unlawfully, knowingly, and intentionally did import and attempt to import into the United States from any place outside thereof a controlled substance, to wit, OKPARAEKE did import and attempt to import a controlled substance into the United States from Hong Kong, in violation of Title 21, United States Code, §§ 952(a), 960(a)(1), and 963.

5. The controlled substance that CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, unlawfully, knowingly, and intentionally imported and attempted to import was 100 grams and more of mixtures and substances containing a detectable amount of acrylfentanyl, a controlled substance analogue, as defined in 21 U.S.C. § 802(32), that was intended for human consumption and is treated as a controlled substance in Schedule I of the Controlled Substances Act, and that is an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide ("fentanyl"), in violation of 21 U.S.C. §§ 813 and 960(b)(1)(F).

(Title 21, United States Code, Sections 813, 952(a), 960(a)(1), 960(b)(1)(F), and 963.)

## COUNT THREE

The Grand Jury further charges:

6. From in or about January 2017 up to and including in or about February 2017, in the Southern District of New York and elsewhere, CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, intentionally and knowingly attempted to distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

7. The controlled substance that CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, intentionally and knowingly attempted to distribute and possess with intent to distribute was 100 grams and more of mixtures and substances containing a detectable amount of acrylfentanyl, a controlled substance analogue, as defined in 21 U.S.C. § 802(32), that was intended for human consumption and is treated as a controlled substance in Schedule I of the Controlled Substances Act, and that is an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide ("fentanyl"), in violation of 21 U.S.C. §§ 813 and 841(b)(1)(A).

(Title 21, United States Code, Sections 813, 841(a)(1), 841(b)(1)(A), and 846.)

## COUNT FOUR

The Grand Jury further charges:

8. In or about January 2017, in the Southern District of New York and elsewhere, CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, intentionally and knowingly distributed and possessed with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

9. The controlled substance that CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," intentionally and knowingly distributed and possessed with intent to distribute was a quantity of mixtures and substances containing a detectable amount of furanyl fentanyl, an analogue of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide ("fentanyl"), in violation of 21 U.S.C. § 841(b)(1)(C).

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).)

## COUNT FIVE

The Grand Jury further charges:

10. In or about March 2017, in the Southern District of New York and elsewhere, CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, unlawfully, knowingly, and intentionally did import into the United States from any place outside thereof a controlled substance, to wit, OKPARAEKE imported a controlled substance into the United States from Hong Kong, in violation of Title 21, United States Code, §§ 952(a) and 960(a)(1).

5

11. The controlled substance that CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, unlawfully, knowingly, and intentionally imported was a quantity of mixtures and substances containing a detectable amount of 3,4-dichloro-N-[2-(dimethylamino)cyclohexyl]-N-methylbenzamide, in a form commonly known as "U-47700," a Schedule I controlled substance, in violation of 21 U.S.C. § 960(b)(3).

(Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(3).)

**FORFEITURE ALLEGATION**

12. As a result of committing the offenses alleged in Counts One through Five of this Indictment, CHUKWUEMEKA OKPARAEKE, a/k/a "Emeka," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

<u>Substitute Assets Provision</u>

13. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHUKWUEMEKA OKPARAEKE

Defendant.

SUPERSEDING INDICTMENT

S1 17 Cr. 225 (NSR)

(21 U.S.C. §§ 813, 841(a)(1),
841(b)(1)(A), 841(b)(1)(C), 846, 952(a),
960(a)(1), 960(b)(1)(F), 960(b)(3),
963.)

_____          GEOFFREY S. BERMAN
Foreperson.              United States Attorney.