**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

UNITED STATES OF AMERICA

           -against-

CHUKWUEMEKA OKPARAEKA,

              Defendant.

----------------------------------------------------------X

**DEFENDANT'S AFFIDAVIT**

**17-CR-225 (NSR)**

State of New York      )
                       :   ss:
County of Kings      )

    **CHUKWUEMEKA OKPARAEKA**, being duly sworn, deposes and says:

1.    I am the defendant in the above-captioned case.

2.    I make this affidavit in support of my motion to suppress:  (1) the seizure of the Middletown Sweets packages; and (2) the seizure of the packages delivered to the Wappinger Falls UPS store.

3.    I have standing to contest the seizure of the Middletown Sweets packages and the packages delivered to the Wappinger Falls UPS store.

4.    I dropped off 43 packages in November 2016 at the New Hampton New York post office. These are my packages.

5.    The packages delivered to the Wappinger Falls New York UPS store are my packages. They were delivered to a UPS mailbox that I registered in 2017.

6.    I registered the mailbox at the Wappinger Falls New York UPS store and all the mail and packages delivered there are mine.

7.    I believe that my fourth amendment right against unreasonable search and seizure was violated when the above-mentioned packages were seized, detained and searched.

**WHEREFORE,** I respectfully move this Court to suppress all evidence derived from the of the above-mentioned packages and for the Court to grant such other and further relief as the Court deems just and proper.

**CHUKWUEMEKA OKPARAEKA**

Sworn to before me this
9 day of March, 2018

NOTARY PUBLIC

Commision Expires 4/21/21