UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHUKWUEMEKA OKPARAEKA,

Defendant.

No. 17-CR-225 (NSR)
ORDER AND OPINION

NELSON S. ROMÁN, United States District Judge

The instant matter was calendared today at 12:30 p.m. for a status conference in anticipation of a scheduled hearing on October 10, 2018. See, Opinion and Order, dated August 21, 2018 (ECF No. 66.) The Court is informed by the U.S. Marshall's Office that Defendant Chukwuemeka Okparaeka has refused to attend today's status conference. Accordingly, the status conference will be held on October 10, 2018, at 10:30 a.m., along with the scheduled Court-ordered hearing.

Dated: September 26, 2018
White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2018

1