UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

CHUKWUEMEKA OKPARAEKE,

Defendant.

-------------------------------------------------------x

**ORDER**

S3 17 CR 225-01 (NSR)

**ROMÁN, D.J.:**

The attorney _____Tony Mirvis_____ privately retained to represent defendant is hereby ordered
                            Attorney's Name

relieved and stand-by counsel to the pro se defendant in the above captioned matter is assigned to

_____Clinton Calhoun_____, CJA counsel.
      Attorney's Name

SO ORDERED.

_____
NELSON S. ROMÁN,
**UNITED STATES DISTRICT JUDGE**

Dated: White Plains, New York
        April 3, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2019