TRULINCS 78867054 - OKPAPAEKE, CHUKWUEMEKA - Unit: BRO-J-A

----------------------------------------------------------------------------------------------

FROM: 78867054
TO:
SUBJECT: Request for additional time
DATE: 04/26/2019 12:30:48 PM

Nelson S. Roman
United States District Court
300 Quarropas Street
White Plains, NY 10601

EX PARTE COMMUNICATION
Re: United States v. Okparaeke Cr. 17 225 (NSR)

Dear Judge,

I respectfully request that the Court compel the Government to give me the 3500 material, exhibits, and any expert reports by July 1st 2019.

I am fighting the Government by myself with virtually no help from family or an attorney. These materials need to be thoroughly examined and cannot be examined thoroughly in the time period allotted. For the aforementioned reason, I request that the Government make these materials available to me by July 1st 2019.

Thanks,

Chukwuemeka Okparaeke



