TRULINCS 78867054 - OKPAPAEKE, CHUKWUEMEKA - Unit: BRO-J-A

---

FROM: 78867054
TO:
SUBJECT: Request from Pro Se Desk
DATE: 05/10/2019 09:35:07 AM

Pro Se Desk/Office
300 Quarropas Street
White Plains, NY 10601



In Re. United States v. Okparaeke 17 Cr. 225 (NSR)

Dear Pro Se Desk/Office,

My name is Chukwuemeka Okparaeke and I am the defendant in the above criminal matter. I am writing to request that the Pro Se Desk send me various materials:

1. Any and all transcripts/minutes from hearings.
2. An updated docket sheet
3. Copies of recently docketed materials:
   a) supplemental pre-trial motions
   b) request for additional discovery

Thanks,

Chukwuemeka Okparaeke

