TRULINCS 78867054 - OKPAPAEKE, CHUKWUEMEKA - Unit: BRO-J-A

---

FROM: 78867054
TO:
SUBJECT: Request for materials in Government possession
DATE: 04/09/2019 03:02:11 PM

Docket in case # 17 cv/CR 225(NSR)
As: Letter request
Date: 4/12/2019

Nelson S. Roman
United States District Court Judge
300 Quarropas Street
White Plains, NY 10601

RECEIVED APR 12 2019
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.

In Re: United States v. Okparaeke

Dear Judge,

I write this letter to respectfully request that the Government turn over to the defense materials in their possession:

1. Deleted text messages from Okparaeke's Samsung Galaxy S5 phone that was seized in February 2017
2. Any and all DEA reports that pertain to U-47700
3. A postal service list of all the packages delivered to Okparaeke's UPS mailbox in Middletown New York

Thanks,

Emeka Okparaeke

P.S A list of stamp purchases made by the defendant in New Jershey

USDC DOCUMENT ELECTRONICALLY FILED
DATE FILED: 4/12/2019

Chukwuemeka Okpaeke #78867-054
Metropolitan Detention Center
PO Box 329002
Brooklyn NY 11232

Pro Se Submission

RECEIVED
APR 12 2019
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.

Judge Roman
US District Court Judge
300 Quarropas Street
White Plains, NY 10601

NEW YORK NY 100
11 APR 2019 PM 13 L

METROPOLITAN DETENTION CENTER
80 29TH ST  BROOKLYN, NY 11232
The enclosed letter was processed through
mail procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or a problem over
which this facility has jurisdiction, you may wish
to return the material for further information
or clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return the enclosure to the above address.

Pro Se Submission