UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

USA,

            - against -

CHUKWUEMEKA OKPARAEKE,

                          Defendant(s).
------------------------------------------------------------x

**SCHEDULING ORDER**

S3 17 CR. 225-01 (NSR)

ROMÁN, D.J.:

The above case is scheduled for a **Pretrial Conference on September 6, 2019 at 11:30 am** in Courtroom 218 before the Hon. Nelson S. Román, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

Dated:    White Plains, New York
             August 30, 2019

Mailed to:
Chukwuemeka Okparaeke
#78867-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY  11232