Docket in case # S3 17 CV/CR 225

TRULINCS 78867054 - OKPAPAEKE, CHUKWUEMEKA - Unit: BRO-J-A    As: Letter request (NSR)

Date: 10/2/2019

FROM: 78867054
TO:
SUBJECT: Request to move trial to Manhattan Federal Court
DATE: 09/27/2019 08:25:35 AM



Nelson S. Roman
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Okparaeke S3 17 Cr. 225 (NSR)

Dear Judge,

I write this letter to request that this criminal matter be moved to the Manhattan Federal Court in the Southern District of New York from the White Plains Federal Court in the Southern District of New York. I request because I would be prejudiced, immensely, by being tried in White Plains Federal Court because I will lose the ability to access the laptop given to me to observe my discovery and I will lose all my legal materials upon being transfered to the Westchester County Jail prior to the commencement of trial. As you are aware of, I elected to try this criminal matter Pro Se; I and I alone am responsible for creating exhibits, crafting direct examination questions, and cross examination questions. It is my understanding that prior to the start of trial I will be moved to the Westchester County Jail in Valhalla New York. I will not be able to take any of the legal materials I craft beforehand to this facility and I will not be able to access the laptop given to me by the Government to review discovery. This will hobble me immensely. If this criminal matter is moved to the Manhattan Federal Court, I will be housed at the Manhattan Correctional Center for the trial. Since both facilities are Bureau of Prisons facilities I will be able to keep all my legal materials and have ready access to my laptop. This is clearly ideal and will not prejudice me at all.

It is for the aforementioned reasons that I petition the Court to move the criminal matter to a Court in the Manhattan Federal Court. There I can still have access to my computer and my legal documents and will not be prejudiced by the move to the Westchester County Jail.

Regards,

Chukwuemeka Okparaeke

Chukwuemeka Okparaeke #78867054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

