# EXHIBIT B

```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION

                Case No. 8:14-cr-409-T-36TBM
```

**UNITED STATES OF AMERICA**

                                          5 May 2015
-vs-                                       9:25 a.m.
                                        Courtroom 13A
**GERALD ROBERT CHAUCA,**
**WAGNER CRUZ,**
**BRYANT TERRELL FREEMAN,**
**CHRISTOPHER WHITTEN,**
**AKEEM LIKA,**

        Defendants.
_____/

```
                  TRANSCRIPT OF PROCEEDINGS
       (EVIDENTIARY HEARING/SENTENCING HEARING - PHASE 1)
      BEFORE THE HONORABLE CHARLENE EDWARDS HONEYWELL,
              UNITED STATES DISTRICT COURT JUDGE
```

<u>APPEARANCES</u>

**For the Government:**   **KATHY J. M. PELUSO, ESQUIRE**
                          *Assistant United States Attorney*
                          *United States Attorney's Office*
                          400 North Tampa Street
                          Suite 3200
                          Tampa, Florida 33602
                          Phone: (813)274-6122
                          Fax: (813)274-6125
                          kathy.peluso@usdoj.gov

**For the Defendant**     **ROGER FUTERMAN, ESQUIRE**
**Gerald Robert**         *Roger D. Futerman & Associates*
**Chauca:**               13620 Forty-Ninth Street North
                          Suite 201
                          Clearwater, Florida 33762
                          Phone: (727)344-5511
                          futermanlaw@yahoo.com

*(appearances continued on next page)*

STENOGRAPHICALLY REPORTED
COMPUTER-AIDED TRANSCRIPTION

*SHERRILL L. JACKSON, RPR, FPR*
*Federal Official Court Reporter, U.S. District Court*
*Middle District of Florida, Tampa Division*

```
 1  that he can give an opinion on it, and I would ask this
 2  honorable court to allow him to do so at this time.
 3           THE COURT:  All right, I'm going to sustain the
 4  objection with regard to the pharmacology.  I will qualify
 5  him as an expert with regard to chemistry and, in
 6  particular, organic chemistry, but I haven't heard anything
 7  that would make me accept his opinion as an expert
 8  specifically limited to pharmacology.
 9           You may proceed.
10              CONTINUATION OF DIRECT EXAMINATION
11  BY MR. ANDERSON:
12  Q    Dr. Dudley, do you understand that this case
13  involves -- I'm sure you do -- the issue of the substance
14  ethylone?
15  A    Yes.
16  Q    Okay, and in being asked to deal with ethylone in this
17  case, what approach and methodology did you take in
18  reference to the study of ethylone in this case?
19  A    Well, I was asked to look at the substance ethylone,
20  look through the sentencing guidelines based on the criteria
21  as outlined in the sentencing guidelines, and identify what
22  substances would be relevant for the present considerations.
23  For that, I did have to consider the chemistry and the
24  pharmacology.
25  Q    Okay.  Have you been able to review the data and come
```