

# MARGARET M. SHALLEY

## & ASSOCIATES, LLC

OF COUNSEL:
JAMES M. BRANDEN
JAMES SHALLEY

March 11, 2020

*[handwritten endorsement:]* Defendant's application for an extension of the motion in limine briefing schedule is granted as follows: responses due March 20, 2020; and replies due March 27, 2020. Parties are directed to provide the Court with 2 courtesy copies of their respective papers. Deft's Legal advisors directed to serve a copy of this endorsement on Deft and file proof of service. Clerk of the Court requested to terminate the motion (doc. 107).
Dated: March 11, 2020

SO ORDERED:

**VIA ECF & FACSIMILE**
The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

Re: *United States v. Chukwuemeka Okparaeke,*
17 Cr. 225 (NSR)

Dear Judge Román:

We have been assigned as legal advisors to Chukwuemeka Okparaeke in the above-referenced matter. Trial is scheduled to begin on April 14, 2020, and motions *in limine* were due on March 6, 2020. Responses to the motions *in limine* are currently scheduled to be filed by March 13, 2020. The purpose of this letter is to respectfully request a one-week extension of the time to file responses. The Government's motion *in limine* is over 50 pages, with six exhibits, totaling 85 pages. Co-counsel met with the defendant in the MDC yesterday and Mr. Okparaeke had still not received a copy of the Government's motion. A copy was immediately provided to him. The defendant needs additional time to review the 53-page motion and to respond in an effective manner. The Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the due date for responses to motions *in limine* to March 20, 2020, and replies due one week later, on March 27, 2020.

225 BROADWAY ● SUITE 715 ● NEW YORK, NY ● 10007
(212) 571-2670 ● FAX (212) 566-8165
MARGARETSHALLEY@AOL.COM

3/11/2020

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:    AUSA Gillian Grossman
       AUSA Olga Zverovich
       AUSA Sagar Ravi
       (*via ECF*)