MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

March 16, 2020

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States* v. *Okparaeke*, S3 17 Cr. 225 (NSR)

Dear Judge Román:

In light of standing order 20 Misc. 154 continuing all trials in the Southern District of New York scheduled to begin before April 27, 2020, the Government respectfully requests that the Court hold the remaining trial-related deadlines in the above-referenced case in abeyance and that the Court set a new schedule in this case during the next pre-trial conference on April 3, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____

Gillian Grossman / Sagar Ravi / Olga Zverovich
Assistant United States Attorneys
(212) 637-2188 / 2195 / 2514

cc:   Margaret Shalley, Esq. (by ECF)
       Chukwuemeka Okparaeke (by mail)

---

*Handwritten endorsement:*

Application granted. Deft's legal advisors directed to serve a copy of this endorsement on Deft and file proof of service. Clerk of the Court requested to terminate the motion (doc. 110).   Dated: March 16, 2020

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

3/16/2020