UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

CHUKWUEMEKA OKPARAEKE,

Defendant.

No. 17 CR 225 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge

In light of the COVID-19 Pandemic and Standing Order M-10-468 of the Chief Judge of the United States District Court, S.D.N.Y., which has suspended all jury trials for approximately two months, the trial of Defendant CHUKWUEMEKA OKPARAEKE is adjourned *sine die*. Furthermore, the pre-trial conference currently scheduled for April 3, 2020 is adjourned to April 23, 2020 at 11:30 a.m. A new trial date will be set at that time. Counsel for the government and legal advisors' to Defendant CHUKWUEMEKA OKPARAEKE are referred to this Court's Emergency Individual Rules and Practices in Light of COVID-19, revised March 21, 2020, concerning Conferences and Proceedings in criminal cases. Defendant's legal advisors are directed to forward a copy of this Order to Defendant CHUKWUEMEKA OKPARAEKE and file proof of service on the docket.

Dated: March 30, 2020
      White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2020

1