**MEMO ENDORSED**

# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
212-571-2670 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

March 30, 2020

The application is ☒ granted.
☐ denied.

_____
Nelson S. Román, U.S.D.J.
Dated: 5/1/2020
White Plains, New York 10601

See ECF No. 123- Scheduling Order; Clerk of the Court requested to terminate the motion (Doc. 114).

VIA ECF
The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Chukwuemeka Okparaeke,*
17 Cr. 225 (NSR)

Dear Judge Román:

We have been assigned as legal advisors to Chukwuemeka Okparaeke in the above-referenced matter. A pre-trial conference is currently scheduled for April 3, 2020. I spoke to Mr. Okparaeke on Saturday, March 28, 2020, and he consents to appear by video or telephone from the MDC for the pre-trial conference. That same day I emailed a request to the jail for him to participate by telephone on April 3, 2020, at 11:00 a.m.; however, I need to provide additional information so that the MDC can adequately prepare for Mr. Okparaeke to call in. Specifically, it is respectfully requested that the Court provide a phone number to provide to the MDC for Mr. Okparaeke to call on April 3, 2020.

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/s/

Margaret M. Shalley

cc:  AUSA Gillian Grossman (*via ECF*)
     AUSA Olga Zverovich (*via ECF*)
     AUSA Sagar Ravi (*via ECF*)
     Chukwuemeka Okparaeke (*via mail*)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2020

1