**MEMO ENDORSED**

# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

May 4, 2020

**VIA ECF**
The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Application denied. Legal advisors directed to mail a copy of this endorsement to pro se Defendant and file proof of service. Clerk of the Court requested to terminate the motion (doc. 126).
> Dated: May 6, 2020   SO ORDERED.
> Nelson S. Román, U.S.D.J.

Re:  *United States v. Chukwuemeka Okparaeke*,
17 Cr. 225 (NSR)

Dear Judge Román:

  I have been assigned as legal advisor to Chukwuemeka Okparaeke in the above-referenced matter. A teleconference is currently scheduled for May 7, 2020, at 10:30 a.m. The purpose of this letter is to respectfully request that the teleconference be adjourned to the week of May 11, 2020. Counsel has a previously scheduled teleconference on May 7, 2020, at 10:30 a.m. before Judge Karas, *United States v. Caso*, 20 Cr. 125, that counsel was unable to reschedule. Counsel is available any day during the week of May 11, 2020. Accordingly, it is respectfully requested that the Court adjourn the teleconference to the week of May 11, 2020. The Government does not object to this request. Pursuant to the MCC, MDC and GEO teleconference hearing protocol (eff. April 8, 2020), such requests may be made not later than the Monday one week before the week of the requested court appearance (or later if fewer than 3 court appearances have been scheduled that day for that unit). To assist the rescheduling of this conference, we submit the following:

  Name of defendant: Chukwuemeka Okparaeke
  Name and number of case: *USA v. Chukwuemeka Okparaeke*, 17 Cr. 225 (NSR)
  Name of AUSA: Gillian Grossman
  Name of defense counsel: Margaret Shalley
  Nature of proceeding: Pretrial Conference
  Estimated time to complete proceeding: 30 minutes
  Preferred date and start time: May 14, 2020, 10:30 a.m.
  Defense counsel's telephone number: 917.841.0231

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2020

Advisory counsel requests to speak to the defendant 15 minutes before the conference.

The Court's time and attention to this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:   AUSA Gillian Grossman (*via ECF*)
      AUSA Olga Zverovich (*via ECF*)
      AUSA Sagar Ravi (*via ECF*)
      Chukwuemeka Okparaeke (*via mail*)