UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHUKWUEMEKA OKPARAEKE,

                     Defendant.

No. 17 Cr. 225 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    *Pro Se* Defendant Chuwuemeka Okparaeke is scheduled to commence trial in this criminal matter as soon as reasonably practicable upon the lifting of all suspensions to jury trials, which was previously mandated by the Third Standing Order M-10-468, 1:20-mc-197-CM, of the Chief Judge of the Southern District of New York. The Court has been advised that, given the COVID-19 pandemic and its effect on the jail operations, telephonic communications between detainees and counsel at the Manhattan Detention Complex ("MDC") have been restricted to durations of thirty (30) minutes.

    As it is imperative that criminal defendants have a reasonable opportunity to prepare for trial, which includes adequate and sufficient communication with legal counsel and advisors, and in light the current time restrictions to telephonic communications in place at MDC, it is hereby ORDERED that: MDC extend the amount of time that Defendant Chuwuemeka Okparaeke may communicate, via telephonic or video conference, with his legal advisors, Margaret M. Shalley, Esq., and Michael David Bradley, Esq., from thirty (30) minutes to at least one (1) hour.

    The Government is directed to serve a copy of this Order to MDC as soon as possible. MDC is then directed to inform the Court in writing within five (5) days of this Order regarding its compliance with this directive.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/2020

1

Defendant's legal advisors are directed to forward a copy of this Order to Defendant and file proof of service on the docket.

Dated: June 11, 2020
White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge