

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 16, 2020

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Okparaeke*, S3 17 Cr. 225 (NSR)

Dear Judge Román:

    The Government writes to provide the Court with the response of the Metropolitan Detention Center ("MDC") to the Court's order of June 11, 2020.  (ECF No. 132).  The MDC's response is attached as Exhibit A.  The Government will mail a copy of this submission to the defendant.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: _____
    Gillian Grossman / Sagar Ravi / Olga Zverovich
    Assistant United States Attorneys
    (212) 637-2188 / 2195 / 2514

cc:    Margaret Shalley, Esq., and Michael Bradley, Esq. (by ECF)
    Chukwuemeka Okparaeke (by mail)