

**U.S. Department of Justice**
Federal Bureau of Prisons
Metropolitan Detention Center
100 29th Street
Brooklyn, New York 11232

June 16, 2020

The Honorable Nelson S. Roman
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

        RE:    United States v. Chukwuemeka Okparaeke
               Chukwuemeka Okparaeke, Register Number 78867-054
               Docket No. 17-CR-225 (NSR)

Dear Judge Roman:

I write to request this Court vacate or modify its June 11, 2020 Order regarding Chukwuemeka Okparaeke, Register Number 75567-054, a federal inmate currently detained at the Metropolitan Detention Center in Brooklyn, New York ("MDC Brooklyn"). Specifically, on June 11, 2020, this Court directed MDC Brooklyn to extend the amount of time that Defendant Okparaeke may communicate, via telephonic or videoconference ("VTC"), with his legal advisors, Margaret M. Shalley, Esq., and Michael David Bradley, Esq., from thirty (30) minutes to at least one (1) hour.

In response to the global pandemic, the Bureau of Prisons ("BOP") instituted a nationwide action plan to prevent, curtail, and mitigate the spread of COVID-19 in its institutions. In accordance with this national directive, all legal visitation has been suspended since March 13, 2020. However, counsel may apply on a case-by-case basis to the Warden of any institution for an exceptional in-person legal visit.

In addition, both inmates and attorneys may request legal calls or VTCs in order to facilitate attorney-client access and communication. The Chief Judges of the Southern and Eastern Districts of New York created a protocol for the institutions in the New York metropolitan area, including MDC Brooklyn, to provide remote court appearances to be conducted from the institution, and also to provide remote attorney-client access. Pursuant to this protocol, if an attorney wishes to schedule a legal call with his or her client, he or she may contact the Federal Defenders of New York and request such a call or VTC. These calls or VTCs are typically thirty (30) minutes in duration. However, where necessary, and if indicated by counsel, calls can last longer. These determinations are not, however, made by MDC Brooklyn.

If Mr. Okparaeke requests a call from his unit team, the call may be limited in duration. However, should he need further time, he should indicate that to the staff, and accommodations can be made where necessary.

In addition, if his counsel requests a VTC, those may be scheduled for longer duration—i.e., a VTC may last from thirty (30) minutes, to two (2) hours generally.

The vast majority of inmates at the MDC are pretrial detainees preparing for trial and sentencing. Accordingly, it is inequitable to grant any individual inmate special accommodations every time that others may not receive. Furthermore, if necessary, accommodations can be made on a case-by-case basis for Mr. Okparaeke. These accommodations can and should be made once a trial date is actually scheduled for Mr. Okparaeke. Given that his trial is not currently scheduled, an order of this nature is premature.

Pursuant to the foregoing, we respectfully request this Court vacate or modify its June 11, 2020 Order.

Respectfully,

/s/

Holly Pratesi
Senior Staff Attorney
MDC Brooklyn