UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHUKWUEMEKA OKPARAEKE,

                     Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2020
```

No. 17 Cr. 225 (NSR)

AMENDED ORDER

NELSON S. ROMÁN, United States District Judge:

     As the Court explained in its prior Order, dated June 11, 2020, *pro se* Defendant Chuwuemeka Okparaeke was scheduled to commence trial in this criminal matter as soon as reasonably practicable upon the lifting of all suspensions to jury trials. (ECF No. 132.) Since that time, the Court has now tentatively scheduled a jury trial to commence on Wednesday, September 30, 2020 at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, New York 10601.

     The Court had previously been advised that, given the COVID-19 pandemic and its effect on jail operations, telephonic communications between detainees and counsel at the Manhattan Detention Complex ("MDC") have been restricted to durations of thirty (30) minutes. The Court thus ordered MDC to permit Defendant to communicate with his legal advisors for at least one (1) hour via both telephonic and video conference. As it is imperative that Defendant, who will be representing himself at trial, has a reasonable opportunity to prepare for trial, which includes adequate and sufficient communication with his legal advisors, and in light the current time restrictions to telephonic and video communications in place at MDC, it is hereby ORDERED that: MDC continue to extend the amount of time that Defendant Chuwuemeka Okparaeke may communicate, via telephonic or video conference, with his legal advisors, Margaret M. Shalley, Esq., and Michael David Bradley, Esq., from thirty (30) minutes to at least one (1) hour.

     The Government is directed to serve a copy of this Order to MDC as soon as possible. MDC

1

is directed to inform the Court in writing within five (5) days of this Order regarding its compliance with this continued directive.

Separately, briefing deadlines regarding the parties' motions *in limine* had previously been held in abeyance as a result of the COVID-19 pandemic. As discussed during the July 23, 2020 pretrial conference in this matter, with a trial date now set, Defendant's legal advisors are directed to notify the Court within five (5) days of this Order of a date when Defendant will be able to file his supplemental motions *in limine*. The Court will thereafter set a pre-trial briefing schedule for the parties.

Defendant's legal advisors are directed to forward a copy of this Order to Defendant and file proof of service on the docket. The Clerk of Court is directed to terminate the motion at ECF No. 134.

Dated:   July 23, 2020
        White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge