# Exhibit A



**U.S. Department of Justice**
Federal Bureau of Prisons
Metropolitan Detention Center
100 29th Street
Brooklyn, New York 11232

July 28, 2020

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

        RE:    United States v. Chukwuemeka Okparaeke
             Chukwuemeka Okparaeke, Register Number 78867-054
             Docket No. 17-CR-225 (NSR)

Dear Judge Román:

I write in response to this Court's July 23, 2020 Order regarding Chukwuemeka Okparaeke, Federal Register Number 78867-054, a federal inmate currently detained at the Metropolitan Detention Center in Brooklyn, New York ("MDC Brooklyn"). Specifically, on July 23, 2020, this Court directed MDC Brooklyn to permit Mr. Okparaeke to communicate with his legal advisors Margaret M. Shalley, Esq., and Michael David Bradley, Esq., for at least one (1) hour via telephonic or video conference. In accordance with the Court's order, please be advised of the following.

Mr. Okparaeke has a one hour call scheduled for tomorrow, July 29, 2020, with Margaret M. Shalley, Esq. In accordance with the Court's Order, as well as the legal call protocols established in response to the COVID-19 pandemic, the Federal Defenders of New York have been apprised of the need to schedule Mr. Okparaeke's future calls with his legal advisors for one hour.

I trust this letter has been responsive to this Court's Order. Should you have any questions or concerns regarding this matter, please do not hesitate to contact me.

Respectfully,

/s/

Holly Pratesi
Senior Staff Attorney
MDC Brooklyn