UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CHUKWUEMEKA OKPARAEKE,

Defendant.

No. 17-CR-225 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Based on a review of the docket, which reveals that the instant criminal action was commenced over three years ago, the defendant is charged with a felony, a trial is currently scheduled for September 2020, and the defendant wishes to change his plea, it is the Court's determination that in order to prevent serious harm to the interest of justice, Defendant Chukwuemeka Okparaeke can and should be permitted to plead guilty and that the plea hearing be conducted by video teleconference or by telephone conference pursuant to the CARES Act § 15002(b)(2)(A).

Accordingly, it is hereby ORDERED that the change of plea hearing for Defendant Chukwuemeka Okparaeke be conducted by video teleconference or by telephone conference (if video conference is unavailable) before this Court or a Magistrate Judge at a date and time mutually convenient to the Court and all parties concerned. The Clerk of Court is requested to terminate the motion at ECF No. 144.

Defendant's legal advisors are directed to mail a copy of this Order to Defendant and file proof of service.

Dated:   September 3, 2020
         White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2020