UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

CHUKWUEMEKA OKPARAEKE,

    a/k/a "Emeka,"

                  Defendant.

------------------------------------------------------------x

S3 17 Cr. 225 (NSR)

**ORDER**

    Upon the application of Audrey Strauss, Acting United States Attorney, by Olga I. Zverovich, Assistant United States Attorney, made to this Court by affirmation dated September 11, 2020, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that:

    1.    The Warden of the Metropolitan Detention Center in Brooklyn, New York and the United States Marshals Service for the Southern District of New York allow agents and task force officers with the United States Postal Inspection Service ("USPIS") to remove CHUKWUEMEKA OKPARAEKE (United States Marshals Service Register Number: 78867-054) from the Metropolitan Detention Center between the hours of 7:00 a.m. and 11:00 p.m. on Tuesday, September 15, 2020 and to return OKPARAEKE to the facility on the same day he is taken out.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2020

2. The agents shall keep OKPARAEKE in their custody and shall be responsible for his safekeeping and welfare during the periods in which they have custody of him.

Dated: New York, New York
      September __13__, 2020

SO ORDERED.

_____
THE HONORABLE NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

Clerk of the Court requested to terminate the motion (doc. 147).