UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :
        - v. -                       :     S4 17 Cr. 225 (NSR)
                                     :
CHUKWUEMEKA OKPARAEKE,               :
    a/k/a "Emeka,"                   :
                                     :
                    Defendant.       :
                                     :
------------------------------------X

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1001 and Title 21, United States Code, Sections 813, 841(b)(1)(C), 952(a), 960(a)(1), 960(b)(1)(F), and 963, being advised of the nature of the charges and his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                        /s/ Chukwuemeka Okparaeke
                                        CHUKWUEMEKA OKPARAEKE (Pro Se)


                                        _____
                                        Witness


                                        /s/ Margaret M. Shalley
                                        Margaret Shalley, Esq.
                                        Stand-By Counsel for Defendant


Dated:   White Plains, New York
         October 15, 2020