UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                       Plaintiff,                   **MEMORANDUM**

      -against-                                7:17-cr-225-NSR

Chukwuemeka Okparaeke

                       Defendant.
-------------------------------------------------------------x

TO:  <u>Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the October 15, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: November 13, 2020
        White Plains, New York

                                 Respectfully Submitted,

                                 s/ Paul E. Davison

                                 _____

                                 PAUL E. DAVISON
                                 United States Magistrate Judge