

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York  10601*

December 4, 2020

**BY ECF AND ELECTRONIC MAIL**
The Honorable Nelson S. Román
United States District Judge
300 Quarropas Street
White Plains, NY 10601

    **RE:**    *United States v. Chukwuemeka Okparaeke,* S4 17 Cr. 225 (NSR)

Dear Judge Román:

      The Government respectfully submits this letter to request that the Court adjourn the sentencing in this matter, which is currently scheduled for December 17, 2020, to a date in late January 2021.  The reason for this request is that the Presentence Investigation Report ("PSR") has not yet been released in this case.  The Government has conferred with the assigned Probation Officer, who indicated that a sentencing date in late January would afford the Probation Office sufficient time to prepare and release the PSR.

      Respectfully submitted,


      AUDREY STRAUSS
      Acting United States Attorney


By:    /s/_____
      Gillian Grossman / Sagar Ravi / Olga Zverovich
      Assistant United States Attorney
      (212) 637-2188 / 2514 / 2195


cc:    Stand-by Counsel (by ECF) and Chukwuemeka Okparaeke (by mail)