**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 4, 2020

**BY ECF AND ELECTRONIC MAIL**
The Honorable Nelson S. Román
United States District Judge
300 Quarropas Street
White Plains, NY 10601

    RE: *United States v. Chukwuemeka Okparaeke*, S4 17 Cr. 225 (NSR)

Dear Judge Román:

    The Government respectfully submits this letter to request that the Court adjourn the sentencing in this matter, which is currently scheduled for December 17, 2020, to a date in late January 2021. The reason for this request is that the Presentence Investigation Report ("PSR") has not yet been released in this case. The Government has conferred with the assigned Probation Officer, who indicated that a sentencing date in late January would afford the Probation Office sufficient time to prepare and release the PSR.

                                  Respectfully submitted,

                                    AUDREY STRAUSS
                                  Acting United States Attorney

                    By:   /s/_____
                         Gillian Grossman / Sagar Ravi / Olga Zverovich
                         Assistant United States Attorney
                         (212) 637-2188 / 2514 / 2195

cc:    Stand-by Counsel (by ECF) and Chukwuemeka Okparaeke (by mail)

The Govt's request to adjourn the Sentencing from Dec. 17, 2020 until Feb. 2, 2021 at 12:00 pm or, alternatively, Feb. 4, 2021 at 12:00 pm is granted. The Gov't is directed to mail a copy of this endorsement to pro se Deft. and file proof of service. Clerk of Court requested to terminate the motion (doc. 162).
Dated: Dec. 6, 2020

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2020