

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York  10601*

December 7, 2020

**BY ECF**
The Honorable Nelson S. Román
United States District Judge
300 Quarropas Street
White Plains, NY 10601

    **RE:**   *United States v. Chukwuemeka Okparaeke,* **S4 17 Cr. 225 (NSR)**

Dear Judge Román:

    The Government respectfully submits this letter to advise the Court that the Government has sent a copy of the Court's December 6, 2020 order adjourning the sentencing (Dkt. No. 163) to the defendant via FedEx.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        Acting United States Attorney

        By:   /s/
               Gillian Grossman / Sagar Ravi / Olga Zverovich
               Assistant United States Attorney
               (212) 637-2188 / 2514 / 2195

cc:    Stand-by Counsel (by ECF) and Chukwuemeka Okparaeke (by mail)