**MEMO ENDORSED**

# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

January 20, 2021

**VIA ECF & EMAIL**
The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Chukwuemeka Okparaeke*,
17 Cr. 225 (NSR)

Dear Judge Román:

We have been assigned as legal advisors to Chukwuemeka Okparaeke in the above-referenced matter. Mr. Okparaeke is currently scheduled to be sentenced on February 2, 2020. The purpose of this letter is to respectfully request that Mr. Okparaeke's sentencing be adjourned for six weeks. Mr. Okparaeke's unit at the Metropolitan Detention Center has been locked down since approximately December 3, 2020, Mr. Okparaeke has not had access to a computer. Additionally, Mr. Okparaeke presently has COVID-19. An adjournment of six weeks will allow Mr. Okparaeke sufficient time to review the PSR and draft his sentencing submission. This is Mr. Okparaeke's first request for an adjournment of his sentencing. The Government consents to this request. Accordingly, it is respectfully requested that Mr. Okparaeke's sentencing be adjourned for approximately six weeks, to the week of March 22, 2021, or a date that is convenient to the Court. The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/ s /

Margaret M. Shalley

cc:  AUSA Gillian Grossman (*via ECF*)
     AUSA Olga Zverovich (*via ECF*)
     AUSA Sagar Ravi (*via ECF*)
     Chukwuemeka Okparaeke (*via mail*)

Deft's request to adjourn the Sentencing from Feb. 2, 2021 until Apr. 6, 2021 at 10:30 am or, alternatively, Apr. 8, 2021 at 10:30 am is granted upon the Govt's consent. Deft's legal advisors are directed to mail a copy of this endorsement to Deft. and file proof of service. Clerk of Court requested to terminate the motion (doc. 165).
Dated: January 28, 2021

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/2021