MEMO ENDORSED

# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

March 19, 2021

**VIA ECF & EMAIL**
The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Chukwuemeka Okparaeke*,
      *17 Cr. 225 (NSR)*

Dear Judge Román:

We have been assigned as legal advisors to Chukwuemeka Okparaeke in the above-referenced matter.  Mr. Okparaeke is currently scheduled to be sentenced on April 6, 2021. The purpose of this letter is to respectfully request that Mr. Okparaeke's sentencing be adjourned for 60 days.  Mr. Okparaeke's unit at the Metropolitan Detention Center was locked down from December 3, 2020, until approximately last week.  Mr. Okparaeke was allowed out of his cell during lockdown for 30 minutes every other day until approximately last week.  Presently, Mr. Okparaeke is allowed out of his cell one hour and half a day; however, he still does not have access to the computer provided by the Government which has Microsoft software that he needs in order to draft a sentencing submission.  As a result, he has been unable to finish drafting his sentencing submission.  An adjournment of 60 days will allow Mr. Okparaeke sufficient time to draft his sentencing submission and review the submission with counsel.  This is Mr. Okparaeke's second request for an adjournment of his sentencing.  The first request was granted.  The Government consents to this request.  Accordingly, it is respectfully requested that Mr. Okparaeke's sentencing be adjourned for approximately 60 days, to the week of June 7, 2021, or a date that is convenient to the Court.

Deft's request to adjourn the Sentencing from Apr. 6, 2021 until June 9, 2021 at 11:30 am or, alternatively, June 11, 2021 at 11:00 am is granted upon the Govt's consent. Clerk of Court requested to terminate the motion (doc. 171).  Deft's legal advisors are directed to mail a copy of this endorsement to Deft. and file proof of service on the docket.
Dated: March 22, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2021

1

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/   s   /

Margaret M. Shalley

cc:    AUSA Gillian Grossman (*via ECF*)
       AUSA Olga Zverovich (*via ECF*)
       AUSA Sagar Ravi (*via ECF*)
       Chukwuemeka Okparaeke (*via mail*)