

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York  10601*

April 9, 2021

**BY ECF AND ELECTRONIC MAIL**

The Honorable Nelson S. Román
United States District Judge
300 Quarropas Street
White Plains, NY 10601

      RE:    *United States v. Chukwuemeka Okparaeke,* S4 17 Cr. 225 (NSR)

Dear Judge Román:

      The Government respectfully submits this letter to request that the Court enter the attached proposed Consent Preliminary Order of Forfeiture ("CPOF") in the above-captioned case.  The defendant has consented to the entry of the CPOF as part of his plea agreement, and executed the CPOF through his stand-by counsel in advance of the plea.[1]  *See* Fed. R. Crim. P. 32.2(b)(4) ("At sentencing—or at any time before sentencing if the defendant consents—the preliminary forfeiture order becomes final as to the defendant.").  Prompt entry of the CPOF will enable the forfeiture process to continue in a timely fashion, including by allowing the Government to commence publication of the notice of forfeiture as provided in the CPOF.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:  /s/_____
      Gillian Grossman / Sagar Ravi / Olga Zverovich
      Assistant United States Attorney
      (212) 637-2188 / 2514 / 2195

cc:    Stand-by Counsel (by ECF) and Chukwuemeka Okparaeke (by mail)

---

[1] The Government has added the date that the defendant was charged in, and pleaded guilty to, the S4 Information (October 15, 2020) to pages 1 and 3 of the CPOF.  No other edits have been made to the CPOF since the defendant signed it through his stand-by counsel.