

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

May 18, 2021

**BY ECF AND ELECTRONIC MAIL**

The Honorable Nelson S. Román
United States District Judge
300 Quarropas Street
White Plains, NY 10601

      RE:    *United States v. Chukwuemeka Okparaeke,* S4 17 Cr. 225 (NSR)

Dear Judge Román:

      On May 14, 2021, approximately seven months after his guilty pleas in this case and 1.5 weeks before his sentencing submission deadline, the defendant filed a motion to withdraw his guilty pleas to Counts One and Three of the above-referenced Information and to request a *Fatico* hearing. (Dkt. No. 175). The Government is in receipt of the Court's order dated May 14, 2021, and respectfully requests an additional week to respond to the defendant's motion. If this request is granted, the Government will file its response on or before May 28, 2021.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:

      Gillian Grossman / Sagar Ravi / Olga Zverovich
      Assistant United States Attorneys
      (212) 637-2188 / 2514 / 2195

cc:    Stand-by Counsel (by ECF) and Chukwuemeka Okparaeke (by mail)