Nelson S. Roman
300 Quarropas Street
White Plains, NY 10601

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/04/2021__

Re: United States v. Okparaeke S4 17 Cr. 225 (NSR)

Docket in case # __17____ ~~CIV~~/CR _225____

As: Supp. let. to D's pro se motion to withdraw plea
Date: 08 / 04 / 2021

Dear Judge,

Okparaeke would like this letter to serve as a supplement
to his motion to withdraw his plea.

Okparaeke is innocent of count 1 of the criminal information because
U-47700 is an isomer of AH-7921. The DEA made all isomers of
AH-7921 Schedule I controlled substances by publishing a notice
in the Federal Register. Thus, upon the effective date of this notice,
U-47700, an isomer of AH-7921, was a controlled substance and
could not have been a controlled substance analogue.

Therefore, Okparaeke is legally innocent of Count 1.

Thanks,

CHUKWUEMEKA OKPARAEKE #78867-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232



P.S.: Title 21, section 802(32) clearly states that controlled substance
analogues CANNOT be controlled substances.

CHUKWUEMEKA OKPAAEKE #78867-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

LEGAL
MAIL

MID-ISLAND NY 117
2 AUG 2021 PM 5 L
FOREVER / USA

LEGAL
MAIL

Nelson S. Roman
300 Quarropas Street
White Plains, NY 10601

LEGAL
MAIL

10601-414000