USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __08/04/2021__

Nelson S. Roman
300 Quarropas Street
White Plains, NY 10601

Docket in case # __17__ ☒/CR __225__
As: **Notice of Appeal**
Date: 08/04/2021

Re: United States v. Okparaeke S4 17 Cr. 225 (NSR)

Dear Judge,

I would like for this letter to serve as my notice of appeal.

I will appeal the denial of my motion to withdraw my guilty plea.

Regards,

Chukwuemeka Okparaeke 78867054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232



RECEIVED
AUG 04 2021
NELSON S. ROMÁN
U.S. DISTRICT JUDGE
S.D.N.Y.



CHUKWUEMEKA OKPARAEKE 78867054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

Nelson S. Roman
300 Quarropas Street
White Plains, NY 10601

LEGAL
MAIL

LEGAL MAIL

10601-414000