**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/06/2021
```

Nelson S. Roman
300 Quarropas Street
White Plains, NY 10601

Re: United States v. Okparaeke s4 17 Cr. 225 (NSR)

Docket in case # 17  CR 225
As: Supp. let. to D's pro se motion to withdraw plea
Date: 08/04/2021

Dear Judge,

Okparaeke would like this letter to serve as a supplement to his motion to withdraw his plea.

Okparaeke is innocent of count 1 of the criminal information because U-47700 is an isomer of AH-7921. The DEA made all isomers of AH-7921 Schedule I controlled substances by publishing a notice in the Federal Register. Thus, upon the effective date of this notice, U-47700, an isomer of AH-7921, was a controlled substance and could not have been a controlled substance analogue.

Therefore, Okparaeke is legally innocent of Count 1.

Thanks,

CHUKWUEMEKA OKPARAEKE #78867-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232



RECEIVED
NELSON S. ROMAN
U.S. DISTRICT JUDGE
S.D.N.Y.
AUG 04 2021

P.S.: Title 21, section 802(32) clearly states that controlled substance analogues CANNOT be controlled substances.

The Government is directed to respond on or before August 13, 2021.

Dated: August 6, 2021
       White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

CHUKWUEMEKA OKPAAEKE #78867-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY 11232

MID-ISLAND NY 117
2 AUG 2021 PM 5 L

LEGAL MAIL

Nelson S. Roman
300 Quarropas Street
White Plains, NY 10601

LEGAL MAIL

LEGAL MAIL

10601-414000