# Exhibit A

## DECLARATION OF CHRISTINE HERDMAN, PH.D.

I, Christine Herdman, declare and say:

1. I am employed as a Chemist in the Drug and Chemical Evaluation Section, Diversion Control Division at the Drug Enforcement Administration and have held this position since 2019.

2. My educational background includes a bachelor's degree in chemistry from Saint Mary's College in Notre Dame, Indiana, a Ph.D. degree in organic chemistry from Baylor University in Waco, Texas, and one and a half years postdoctoral experience at the National Institutes of Health – National Institute of Drug Abuse. I have authored or co-authored 6 peer-reviewed scientific publications and 1 U.S. patent.

3. My primary duties include collecting and evaluating scientific information to support scheduling actions for drugs of abuse and chemical controls for drug precursors under the Controlled Substances Act (CSA). I interpret, summarize and distribute scientific information to public health and law enforcement agencies. I also analyze chemical structures to determine whether they are listed or defined as controlled substances under the CSA. I also provide scientific interpretations of the CSA to support enforcement actions and determine the control status of chemical substances.

4. I have analyzed the chemical structures of hundreds of substances to determine whether they are listed or defined as controlled substances under the CSA.

5. U-47700 is a Schedule I opiate permanently controlled at Title 21 of the Code of Federal Regulations (C.F.R.) § 1308.11(b)(89). Prior to being placed on the permanent schedules, it was temporarily scheduled at 21 C.F.R. § 1308.11(h)(18), effective November 14, 2016. *See* 81 FR 79389. As is made clear from the pleadings in this case, prior to being placed on the temporary schedules it was supported as a "controlled substance analogue" for purposes of 21 U.S.C. § 802(32). *See* Attachment 1, Rule 16 Disclosure of Dr. Mike Van Linn; Attachment 2, Rule 16 Disclosure of Dr. Luli Akinfiresoye; *see also*, C/A No. 7:17-cr-225, ECF No. 157.

6. AH-7921 is a Schedule I opiate controlled at 21 C.F.R. §1308.11(b)(5), effective date May 16, 2016. *See* 81 FR 22023. AH-7921 was added to Schedule I pursuant to the Single Convention on Narcotic Drugs. *See id*.

7. Title 21 C.F.R. §1308.11(b) controls the listed opiates as well as their isomers, esters, ethers, salts, and salts of isomers, esters, and ethers, whenever the existence of such isomers, esters, ethers, and salts is possible within the specific chemical designation.

8. In 21 C.F.R. §1308.11(b) "isomer" is defined as the optical isomer as further defined in 21 C.F.R. §1300.01.

9. Optical isomers are a type of stereoisomer with different optical properties. These compounds have the same types atoms, the same number of atoms, are connected in the same order, and contain the same types bonds between atoms. However, the atoms differ in their arrangement in space.

Declaration of Christine Herdman, Ph.D.                                                   Page 2
Chemist

10. AH-7921 and U-47700 differ in the order their atoms are connected.

11. Because the atoms of AH-7921 and U-47700 are connected in different orders, U-47700 is not an optical isomer of AH-7921. Thus, for purposes of 21 C.F.R. § 1308.11(b) and the Controlled Substances Act, U-47700 is not an isomer of AH-7921.

I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: August 11, 2021

CHRISTINE HERDMAN
Digitally signed by CHRISTINE HERDMAN
Date: 2021.08.12 17:51:36 -04'00'

Christine Herdman, Ph.D.
Chemist
Drug and Chemical Evaluation Section
Diversion Control Division
Drug Enforcement Administration

# Attachment 1

# Rule 16 Summary of Expert Opinion and Bases

**Report date:**  March 3, 2020

**Prepared by:**  Michael L. Van Linn, Ph.D

**Substance at issue:**  3,4-dichloro-*N*-[2-(dimethylamino)cyclohexyl]-*N*-methylbenzamide

**Alternate name:**  U-47700

**Opinion:**  Based on a review of current scientific literature and chemistry information, U-47700 is substantially similar in chemical structure to 3,4-dichloro-*N*-[(1-dimethylamino)cyclohexylmethyl]benzamide (AH-7921), a Schedule I substance under the Controlled Substances Act (CSA).

**Bases and Reasons:**

1. The figures below depict the chemical structure of benzamide. The figure on the left is a representation with every carbon (C) and hydrogen (H) atom shown for illustrative purposes. The figure on the right is a frequently used representation of chemical structures in textbooks and the scientific literature, and is scientifically acceptable shorthand to depict carbon and hydrogen atoms. The substitutional positions discussed in this summary are also labeled on this figure.

2. Both U-47700 and AH-7921 are substituted benzamides.
3. The benzamide structure of U-47700 and AH-7921 is substituted at the 3- and 4-positions of the phenyl ring and the amide nitrogen (N) atom in both substances.
4. The chemical structure for each substance is shown below.



U-47700              AH-7921

Expert Report of Michael L. Van Linn, Ph.D
Drug Science Specialist
Drug Enforcement Administration                                                    1

5. Both U-47700 and AH-7921 are substituted with chlorine atoms at the 3- and 4-positions of the benzamide phenyl ring.

6. Both U-47700 and AH-7921 are substituted at the benzamide nitrogen atom with a cyclic alkyl group containing an *N,N*-dimethylamine group.

    a. The cyclic alkyl group in U-47700 is known as a 2-(dimethylamino)cyclohexyl group.

    b. The cyclic alkyl group in AH-7921 is known as a 1-(dimethylamino)cyclohexyl methyl group.

7. The benzamide nitrogen atom in U-47700 is further substituted with a methyl group.

8. The benzamide nitrogen atom in AH-7921 is not further substituted.

9. In comparing the chemical structures for U-47700 and AH-7921, as depicted in #4, the difference in the chemical structure is minor given that it consists of only a rearrangement of the substitution at the amide nitrogen atom. Therefore, U-47700 is substantially similar in chemical structure to AH-7921, a Schedule I substance under the CSA.

Attachment 2

**Rule 16 Summary of Expert Opinion and Bases**

**Report date:** January 29, 2019

**Prepared by:** Luli Akinfiresoye, Ph.D.

**Substance at issue:** 3,4-dichloro-*N*-[2-(dimethylamino)cyclohexyl]-*N*-methylbenzamide

**Alternate name(s):** U-47700

**Opinion:** U-47700 has a depressant effect on the central nervous system that is substantially similar to the depressant effects on the central nervous system of AH-7921, ( 3,4-dichloro-*N*-[(1-(dimethylamino)cyclohexylmethyl]benzamide), a CSA schedule I synthetic opioid substance.

**Bases and Reasons:**

1. Both U-47700 and AH-7921 are synthetic opioids with *N*-substituted benzamides in their core structure.
2. *In vitro* studies showed that U-47700, similar to AH-7921, binds to the μ-opioid receptors (DEA-VA, 2016; Tyers, 1980).
3. Data from *in vitro* functional studies demonstrate that similar to other opioid analgesics (e.g. morphine), U-47700 act as agonist at the μ-opioid receptors (DEA-VA, 2016).
4. U-47700 exhibits *in vivo* pharmacological effects that are similar to those of morphine (Cheney et al., 1985; Szmuszkovicz, 1982). It has been reported that AH-7921 and other synthetic opioids, produce analgesic effects in laboratory animals, similar to morphine (Hayes and Tyers 1983; Brittain et al., 1973).
   a. Similarly, U-47700 has also been shown to produce analgesic effects in rodents (Cheney et al., 1985).
   b. In another study conducted by Szmuszkovicz (1982), the analgesic effects of U-47700 were observed by several anti-nociceptive tests (tail flick test, tail pinch test and hydrochloric acid induced writhing test).
   c. In addition, U-47700, similar to the behavioral hallmark of morphine, induced Straub tail and arched back in animals (Cheney et al., 1985).
5. A drug discrimination study is a behavioral study that provides information on the subjective effects of a substance.  The drug discrimination study is widely used to determine whether or not a new test drug or substance is pharmacologically similar to a known drug of abuse.

    *a.* In a drug discrimination study, U-47700 fully substituted for morphine in morphine-trained rats (FDA-NTCR, 2018).

6. There are numerous reports of non-fatal and fatal intoxication cases involving U-47700 in scientific literature (Elliot et al., 2016; McIntyre et al., 2016; Mohr et al., 2016; Coopman et al., 2016; Jones et al., 2016; Concheiro et al., 2018). Similar findings were also reported in human subjects following ingestion of AH-7921 (Concheiro et al., 2018).
7. Currently, there is no accepted medical use of U-47700 in the United States.
8. As of November 14, 2016, U-47700 is controlled as a Schedule I substance under the Controlled Substances Act (CSA)

## *Conclusion*

Based on the above mentioned pharmacological data, U-47700 has substantial pharmacological similarities to AH-7921, a CSA schedule I substance. U-47700 has a depressant effect on the central nervous system that is substantially similar to the depressant effects on the central nervous system of the schedule I synthetic opioid substance, AH-7921.

### *References*

1. Brittain RT, Kellett DN, Neat ML, Stables R (1973).  Anti-nociceptive effects in N-substituted cyclohexylmethylbenzamides. Br J Pharmacol. 49:158-159.
2. Cheney BV, Szmuszkovicz J, Lahti RA, Zichi D (1985).  Factors Affecting Binding of trans-N-[2-(Methylamino)cyclohexyl]benzamides at the Primary Morphine Receptor. Journal of Medicinal Chemistry, 28: 1853-1864.
3. Coopman V, Blanckaert P, Van Parys G, Van Calenbergh S (2016). A case of acute intoxication due to combined use of fentanyl and 3,4-dichloro-N-[2-(dimethylamino)cyclohexyl]-N-methylbenzamide (U-47700). Forensic Sci Int, 266: 68-72.
4. Concheiro M, Chesser R, Pardi J, Cooper G (2018). Postmortem Toxicology of New Synthetic Opioids. Front Pharmacol. 26;9:1210.
5. Domanski K, Kleinschmidt KC, Schulte JM, Fleming S, Frazee C, Menedez A, Tavakoli K (2016).  Two cases of intoxication with new synthetic opioid, U-47700,  Clinical Toxicology (Phila); 55: 46-50.
6.  Drug Enforcement Administration–Veterans Affairs (DEA-VA) Interagency Agreement (2016). trans-3,4-Dichloro-N-[2-(dimethylamino)cyclohexyl]-N-methyl-benzamide. Binding and Functional Activity at Delta, Kappa and Mu Opioid Receptors. In Vitro Receptor and Transporter Assays for Abuse Liability Testing for the DEA by the VA.
7. Drug Enforcement Administration– Food and Drug Administration- National Center for Toxicological Research-(DEA-FDA-NTCR) Interagency Agreement (2018). Evaluation of morphine-like discriminative stimulus effects in rats. 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R (unpublished data).
8. Elliott SP, Brandt SD, Smith C (2016).  The first reported fatality associated with the synthetic opioid 3,4-dichloro-N-[2-(dimenthylamino)cyclohexyl]-N-methylbenzamide (U-47700) and implications for forensic analysis.  Drug Testing and Analysis, 8:875-879.
9. Hayes AG, Tyers MB (1983). Determination of receptors that mediate opiate side effects in the mouse. Br J Pharmacol. 79:731-736.
10. Jones MJ, Hernandez BS, Janis GC, Stellpflug (2016).  A case of U-47700 overdose with laboratory confirmation and metabolite identification.  Clinical Toxicology (Phila); 55: 55-59.
11. McIntyre IM, Gary RD, Joseph S, Stabley R (2016). A fatality related to the synthetic opioid U-47700: Postmortem concentration distribution. J. Anal Tox, 1-3.
12. Mohr ALA, Friscia M, Papsun D, Kacinko SL, Buzby D, Logan BK (2016).  Analysis of Novel Synthetic Opioids U-47700, U-50488 and Furanyl Fentanyl by LC-MS/MS in Postmortem Casework. Journal of Analytical Toxicol; 9: 709-717.
13. Szmuszkovicz J, VonVolgtlander PF (1982).  Benzeneacetamide Amines: Structurally Novel Non-mu Opioids.  Journal of Medicinal Chemistry, 25: 1125–1126.
14.

Case 7:17-cr-00225-NSR   Document 201-1   Filed 08/13/21   Page 12 of 12