```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/21/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHUKWUEMEKA OKPARAEKE,

                      Movant,

-against-

UNITED STATES OF AMERICA,

                      Respondent.

23-CV-3353 (NSR)

17-CR-225 (NSR)

ORDER TO ANSWER, 28 U.S.C. § 2255

---

NELSON S. ROMÁN, United States District Judge:

    The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

    The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    Within forty-five days of the date of this order (meaning on or before June 5, 2023), the U.S. Attorney's Office shall file a response to the motion. Movant shall have twenty-one days from the date on which Movant is served with Respondent's answer to file a reply (meaning on or before June 26, 2023. Absent further order, the motion will be considered fully submitted as of that date. All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

    The Clerk of the Court is directed to provide a copy of this order to Movant at the copy on the civil docket and show service on the docket.

SO ORDERED.

Dated:   April 21, 2023
             White Plains, New York

                                                        NELSON S. ROMÁN
                                                        United States District Judge