

**MEMO ENDORSED**

In light of Counsel's recent appointment to represent Defendant, the Court GRANTS Counsel's request to file a Supplemental Reply to the Government's Response to Defendant's §2255 petition no later than September 16, 2023. The Clerk of Court is kindly directed to terminate the motion at ECF No. 251.
Dated: August 10, 2023
White Plains, NY

SO ORDERED:

/s/ HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2023

**VIA ECF**

August 9, 2023

The Honorable Nelson S. Roman
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

RE:   *United States v. Chukwuemeka Okparaeke*
         17-Cr-225-NSR

Dear Judge Roman:

The Court recently appointed me to assist Mr. Okparaeke in pursing his petition pursuant to 28 U.S.C. § 2255. Recent correspondence from Mr. Okparaeke suggested that he was not yet aware that counsel was appointed.

I am writing to advise the Court that I have now spoken with Mr. Okparaeke and he is aware of the appointment of counsel. He recently filed a reply to the government's response to his § 2255 petition (before he knew that counsel had been appointed). He has now asked me to review the materials and to submit a supplemental reply to the government's response. With the Court's permission, I intend to file a supplemental reply on or before September 16, 2023, the date the Court originally set for a reply. *See* ECF No. 245.

Thank you for the Court's consideration of this request.

Sincerely,

/s/

Florian Miedel
*Counsel for Chukwuemeka Okparaeke*

cc:    AUSA Olga Zverovich
          *via ECF*

80 Broad Street, Suite 1900 • New York, New York 10004 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com