RECEIVED
SDNY PRO SE OFFICE 10-11-2023
2023 OCT 19 PM 4:24

CHIEF JUDGE OF THE SDNY
500 PEARL STREET
NY, NY 10016

Re: US v. OKPARAEKE S4 17 Cr. 225 (NSR); OKPARAEKE v. US 23-cv-3853

Dear CHIEF JUDGE,

As of the day I wrote this letter I have yet to receive a response from your Court about my previous letter. I wrote to the Chief Judge of the SDNY asking for help in obtaining Ex Parte communications from Judge Román and the US Attorneys prosecuting me. I asked my judge to provide them and he refused to even docket my requests. There is no question that Román has engaged in forbidden Ex Parte communications that go beyond simple ministerial functions; a CJA lawyer provided me with some sample emails that were, frankly, impermissible.

I asked previously for my judge to be ordered to provide any-and-all Ex Parte communications. I also asked for my case to be sent to the assignment committee. I again renew this request. If I do not receive a response to this letter I will be forced to send the lewd Ex Parte communications to the NY Post, NY Times, and Wall Street Journal.

Regards,

Emeka OKPARAEKE 78867054
Canaan SPC; P.O. Box 200
Waymart, PA 18472

CHUKWU EMEKA OKPARAEKE
Canaan SPC, P.O. Box 300
Waymart, PA 18472

78867-054

RECEIVED
SDNY PRO SE OFFICE
2023 OCT 19 PM 4:23

CHIEF Judge of the SDNY
500 Pearl St
NY, NY 10016

THIS CORRESPONDENCE IS FROM AN INMATE CURRENTLY IN THE CUSTODY OF THE FEDERAL BUREAU OF PRISONS

LEHIGH VALLEY PA 180

USM PS
SDNY