

October 21, 2023

**VIA ECF**
The Honorable Nelson S. Roman
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

                           RE:    ***United States v. Chukwuemeka Okparaeke***
                                       **17-Cr-225-NSR**

Dear Judge Roman:

      In August, the Court appointed me to assist Mr. Okparaeke in pursing his petition pursuant to 28 U.S.C. § 2255.  The briefing is completed.

      On October 20, 2023, the Court put on the public docket a letter written by Mr. Okparaeke dated October 11, 2023, in which Mr. Okparaeke accuses the Court of engaging in *ex-parte* communications with the government.  *See* ECF No. 258.  In the letter, Mr. Okparaeke states that he was provided examples of such communications by a CJA lawyer.  As a result, the Court directed me to make instances of these alleged communications known.  *See* Order, ECF No. 259.

      I write to inform the Court of the following.  I was not the CJA lawyer who provided Mr. Okparaeke with any examples of *ex parte* communications, and I do not know who the CJA lawyer was. I have no knowledge of any *ex parte* communications.  Mr. Okparaeke has not shared with me any such examples.  Accordingly, I am in no position to shed light on this issue for the Court.

                                                      Sincerely,

                                                      /s/

                                                      Florian Miedel
                                                      *Counsel for Chukwuemeka Okparaeke*

cc:    AUSA Olga Zverovich
        *via ECF*