

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

October 27, 2023

**BY ECF AND EMAIL**
Honorable Nelson R. Roman
United States District Judge
300 Quarropas Street
White Plains, New York 10601

      Re:    <u>United States v. Chukwuemeka Okparaeke</u>, 17 Cr. 225 (NSR)

Dear Judge Roman:

      The Government writes respectfully in response to the Court's order dated October 20, 2023, directing the Government to respond to the defendant's allegations of alleged improper *ex parte* communications. The Government is unaware of any such communications.

      Thank you.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:   /s/
      Perry A. Carbone
      Assistant United States Attorney
      (914) 993-1945

cc: Florian Miedel, Esq. (by ECF and Email)