

TRULINCS 78867054 - OKPARAEKE, CHUKWUEMEKA - Unit: CAA-G-A

----------------------------------------------------------------------

FROM: 78867054
TO:
SUBJECT: FOIA Request
DATE: 10/29/2023 12:06:05 PM

FOIA/PA
Executive Office for US Attorneys
DOJ
Suite 5.400
175 N. Street, N.E.
Washington, DC 20530

Dear Executive Office ofr US Attorneys

I would like for this letter to serve as a FOIA request for records that are being held by the United States Attorneys Office in the Southern District of New York.

I request any and all communications between the Court of Nelson S. Roman and the United States Attorneys Office of the SDNY from March 2017 to October 2023. These communications should pertain to the case United Staes v. Okparaeke S4 17 Cr. 225(NSR) and Okparaeke v. United States, 23-cv-3353. These communications should include all emails, letters, faxes, phone calls, voice mails, etc. between the Court of Nelson S. Roman, Nelson S. Roman, and the United States Attorneys Office of the Southern District of New York.

Regards,

Chukwuemeka Okp
Canaan SPC PO B
Waymart, PA 1847

Docket in case # 7:23 CV 3353
As: **Plaintiff's Letter**
Date: 11/13/2023

TRULINCS 78867054 - OKPARAEKE, CHUKWUEMEKA - Unit: CAA-G-A

---

FROM: 78867054
TO:
SUBJECT: Request for case to be reassigned
DATE: 11/07/2023 01:36:33 PM

Nelson S. Roman
300 Quarropas Street
White Plains, NY 10601



Re: US v. Okparaeke, S4 17 Cr. 225(NSR); Okparaeke v. US, 23-cv-3353

Dear Judge,

I renew my request that this case be sent to the assignment committee for reassignment to a new judge. The government's response to my earlier request for reassignment wasn't that they did not have impermissible Ex Parte communications but that they cannot recall if this occurred. For something as serious as this, this unequivocal response by the government requires that the case be reassigned.

Upon the urging of a CJA lawyer (not Florian Meidel) I have submitted to the DOJ a FOIA request asking for any and all communications between the Court and DOJ (see attached).

Thanks,

Emeka Okparaeke 78867054
Canaan SPC, PO box 200
Waymart, PA 18472

P.O. Box 200, Canaan SPC
Waymart, PA 18472

THIS CORRESPONDENCE IS FROM AN INMATE
CURRENTLY IN THE CUSTODY OF
THE FEDERAL BUREAU OF PRISONS





◇78867-054◇
Nelson Roman
300 Quarropas ST
White Plains, NY 10601
United States



10601-414000