

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 22, 2024

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Chukwuemeka Okparaeke,* S4 17 Cr. 225 (NSR)
            *Chukwuemeka Okparaeke v. United States,* 23 Civ. 3353 (NSR)

Dear Judge Román:

    The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of April 26, 2024.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney

            By: /s/ Gillian Grossman
                Gillian Grossman
                Assistant United States Attorney
                Southern District of New York
                (212) 637-2188

Cc (by mail):  Chukwuemeka Okparaeke
                Reg. No. 78867-054
                USP Canaan, U.S. Penitentiary, Satellite Camp
                P.O. Box 200
                Waymart, PA 18472