

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **4/23/2024**

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 22, 2024

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> **The Gov't's request is GRANTED. The Clerk of Court is respectuflly directed to terminate the appearance of Counsel Gillian Grossman and to terminate the motion at ECF No. 264.**
> **Dated: April 23, 2024**
> **           White Plains, NY**
>
> SO ORDERED:
> *[signature]*
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

MEMO ENDORSED

Re:   *United States v. Chukwuemeka Okparaeke,* **S4 17 Cr. 225 (NSR)**
      *Chukwuemeka Okparaeke v. United States,* **23 Civ. 3353 (NSR)**

Dear Judge Román:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of April 26, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Gillian Grossman
    Gillian Grossman
    Assistant United States Attorney
    Southern District of New York
    (212) 637-2188

Cc (by mail):  Chukwuemeka Okparaeke
               Reg. No. 78867-054
               USP Canaan, U.S. Penitentiary, Satellite Camp
               P.O. Box 200
               Waymart, PA 18472