UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

CHUKWUEMEKA OKPARAEKE

              Petitioner,

  -against-


UNITED STATES OF AMERICA
              Defendant.
----------------------------------------------------------------X

17-CR-225 (NSR), 23-CV-3353 (NSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/6/2026_____

NELSON S. ROMÁN, United States District Judge

      By order dated January 8, 2026, this Court denied Petitioner's 28 U.S.C. § 2255 petition.

Based on Petitioner's moving papers, he raises novel issues warranting review by the Circuit

Court and, therefore, merits a Certificate of Appealability.

      Accordingly, a Certificate of Appealability is GRANTED.


Dated: February 6, 2026
     White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge