UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/6/2026____

CHUKWUEMEKA OKPARAEKE                     :

                  Petitioner,     :   17-CR-225 (NSR), 23-CV-3353 (NSR)

  -against-     :

             :           ORDER

UNITED STATES OF AMERICA     :

             Defendant.     :

---------------------------------------------------------------X

NELSON S. ROMÁN, United States District Judge

By order dated January 8, 2026, this Court denied Petitioner's 28 U.S.C. § 2255 petition.

Based on Petitioner's moving papers, he raises novel issues warranting review by the Circuit

Court and, therefore, merits a Certificate of Appealability.

Accordingly, a Certificate of Appealability is GRANTED.


Dated: February 6, 2026
     White Plains, New York

                             SO ORDERED:

                             NELSON S. ROMÁN
                             United States District Judge